UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON RANSOM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL MACK, JR., et al.,<br><br>　　　　Defendants. | No. 2:17-cv-01367 GEB AC<br><br><br>ORDER |

On July 10, 2017, this court denied plaintiff's motion to proceed in forma pauperis ("IFP"), dismissed his complaint, and instructed plaintiff to file a renewed IFP application and amended complaint within 30 days. ECF 18. That deadline has now passed, and plaintiff has not filed the anticipated application or amended complaint. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, within 14 days, why this case should not be dismissed for failure to prosecute. The filling of a new IFP application and an amended complaint will discharge this order. Failure to comply with this order may result in a recommendation that this case be dismissed.

DATED: August 10, 2017

　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE