1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CLINTON RANSOM,                              No.  2:17-cv-01367 GEB AC (PS)

12                     Plaintiff,

13          v.                                    FINDINGS AND RECOMMENDATIONS

14   MICHAEL MACK JR., et al.,

15                     Defendants.

16

17          Plaintiff is proceeding in this action pro se.  The action was accordingly referred to the

18   undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21).  On July 7, 2017, the

19   court dismissed the complaint, denied his application to proceed in forma pauperis ("IFP"), and

20   granted plaintiff 30 days to file an amended complaint and renewed IFP application.  ECF No. 3.

21   After plaintiff failed to submit an amended complaint or IFP application, the court issued an order

22   to show cause within 14 days why this case should not be dismissed for failure to prosecute.  ECF

23   No. 4.  Plaintiff has taken no further action in this case.

24          Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed, without

25   prejudice, for lack of prosecution and for failure to comply with the court's order.  See Fed. R.

26   Civ. P. 41(b); Local Rule 110.

27          These findings and recommendations are submitted to the United States District Judge

28   assigned to this case, pursuant to the provisions of  28 U.S.C. § 636(b)(l).  Within twenty-one

                                              1

(21) days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Local Rule 304(d). Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 24, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE